DAPHNE GILL GIBBS, Respondent, v. ANGELA SECCHIA, Also Known as ANGELA VIOLETTO, and Another, Appellants.— In an action to impress a trust upon certain

---

* Appeal dismissed, 267 N. Y. ——.

real property, order granting plaintiff's motion to require the defendants to accept plaintiff's notice of appeal and exceptions to findings and refusals to find affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Scudder, Tompkins and Davis, JJ., concur.